IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM T. DIVANE, JR., et al., )
                                )
            Plaintiffs,         )
                                )
    v.                          )    No. 10 C 4529
                                )
POWER & LIGHTING SYSTEMS, INC., )
et al.,                         )
                                )
            Defendants.         )

## MEMORANDUM ORDER

This Court has received the courtesy copy of a notice of motion by counsel for plaintiffs calling for the presentment date of their Motion For Rule to Show Cause to be held at 8:45 a.m. October 3, 2013. Defense counsel are hereby ordered to have both Timothy Spierowski and David Martinec present in court at that time.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 27, 2013